UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re: William M. Bluett )
      Alice J. Bluett ) Case No. 15-40782
              Debtors )

## AMENDMENT TO CHAPTER 13 PLAN

    **COME NOW** Debtors, William and Alice Bluett, by and through Counsel, and amend their Chapter 13 Plan to reflect the following:

1. Debtors hereby request they increase their Chapter 13 Plan payment to $1,535 per month, beginning with their September 2015 Plan payment.

2. All other provisions of Debtors' Chapter 13 plan remain the same.

Dated: 08/27/2015                              Respectfully submitted,
                                                        House Packard LLC

                                                        /s/ Jennifer E. House Packard
                                                        Jennifer E. House Packard MO 62054
                                                        1000 Broadway, Suite 400
                                                        Kansas City, MO 64105
                                                         Phone (816) 875-4270
                                                        Fax (855) 718-0748
                                                        Jennifer@housepackard.com
                                                        ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on Thursday, August 27, 2015 by providing an electronic copy to Richard V. Fink, Chapter 13 Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

                                                        /s/ Jennifer E. House Packard